UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VINCENT FAUSTINO RIVERA,

    Plaintiff,

v.                                                    CASE NO. 6:00-cv-852-Orl-19JGG

MAJOR CLARK, et al.,

    Defendants.

## ORDER

Plaintiff, an inmate of the Florida penal system proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1), and the case was subsequently transferred to the Jacksonville Division (Doc. No. 4). Plaintiff filed a motion to reopen the case (Doc. No. 17), which was denied (Doc. No. 18). Plaintiff was also advised that any further filing in this case must be filed in the Jacksonville Division under case number 3:00-cv-744-J-16C. Plaintiff has filed an appeal of that Order (Doc. No. 19). In addition, Plaintiff filed an application for a certificate of appealability.

An application for a certificate of appealability is required in an appeal of a "final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court" or an appeal of a final order in a § 2255 proceeding. 28 U.S.C. § 2253(c)(1). Since this case is a civil rights case, an application for a certificate of appealability is not required. According, it is

**ORDERED:** Plaintiff's Request for a Certificate of Appealability (Doc. No. 20, filed August 18, 2006) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this  30th   day of August, 2006.

*Patricia C. Fawsett*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 8/30
Counsel of Record
Vincent Faustino Rivera