UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VINCENT FAUSTINO RIVERA,

    Plaintiff,

v.                                                     CASE NO. 6:00-cv-852-Orl-19JGG

MAJOR CLARK, et al.,

    Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 23). Plaintiff asks the Court to reconsider the Order of September 6, 2006, denying his motion for a certificate of appealability (Doc. No. 21). As the Court noted in the September 6, 2006 Order, an application for a certificate of appealability is not required because this is a civil rights action. *See* Doc. 21 at 1. Plaintiff has not asserted any legitimate reason requiring the reconsideration of the September 6, 2006 Order. Accordingly, it is **ORDERED**:

Plaintiff's Motion for Reconsideration (Doc. No. 23, filed September 18, 2006) is **DENIED.**

**DONE AND ORDERED** at Orlando, Florida, this 22nd day of September, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 9/22
Vincent Faustino Rivera