UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VINCENT FAUSTINO RIVERA,

    Plaintiff,

v.                                        CASE NO. 6:00-cv-852-Orl-19JGG

MAJOR CLARK, et al.,

    Defendants.

## ORDER

Plaintiff, an inmate of the Florida penal system proceeding pro se, filed a civil rights complaint in the Orlando Division of the United States District Court for the Middle District of Florida. This Court transferred the case to the Jacksonville Division (Doc. No. 4). Plaintiff filed a motion to reopen the case in the Orlando Division, and this Court denied the motion and directed any further filings in the case to be filed in the Jacksonville Division (Doc. No. 19). In response to the Order, Plaintiff filed an application for a certificate of appealability, which was denied because the action is a civil rights proceeding (Doc. No. 21). Plaintiff filed a motion for reconsideration of the Order denying a certificate of appealability, and the Court denied motion (Doc. No. 24).

Plaintiff has filed an application for certificate of appealability of the Order denying the motion for reconsideration (Doc. No. 26). The Court reiterates that an application for a certificate of appealability is required when an appeal arises from a "final order in a habeas corpus proceeding" or from a final order in a § 2255 proceeding. 28 U.S.C. §

2253(c)(1). This case is a civil rights case, which does not require the filing of an application for a certificate of appealability. Accordingly, it is **ORDERED**:

Plaintiff's Application for a Certificate of Appealability (Doc. No 26, filed October 5, 2006) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this 6th day of October, 2006.

                                              *Patricia C. Fawsett*
                                              PATRICIA C. FAWSETT, CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT

Copies to:
sc 10/10
Vincent Faustino Rivera