UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VINCENT F. RIVERA,

      Plaintiff,

v.                                CASE NO. 6:00-cv-852-Orl-19JGG

MAJOR ALLEN CLARK, et al.,

      Defendants.

_____

## ORDER

This case is before the Court on the following motion:

1.      Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 28, filed October 20, 2006) is **DENIED**. Any appeal by Plaintiff would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Plaintiff has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Plaintiff is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

      **DONE AND ORDERED** at Orlando, Florida, this _23rd_ day of October, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

sc 10/23
Vincent F. Rivera